# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 1:19-cr-00256-JLT-SKO-1 |
| Plaintiff, | **ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| **CARLOS JAVIER FELIX LOPEZ,** | |
| Defendant. | |

The Court, having read and considered the stipulation and finding good cause therefore, orders that the Sentencing Hearing currently scheduled for November 12, 2024, at 9:00 AM in Courtroom 4, be continued to January 6, 2025 at 9:00 AM.

IT IS SO ORDERED.

Dated:  **September 24, 2024**

_____
UNITED STATES DISTRICT JUDGE