Ernest Lutz (Cal. Bar. No. 182089)
Lutz Law Group
1801 Century Park E. 24 Floor
Los Angeles, CA 90067
Telephone: 310-266-2818
Fax: 310-861-1721
lutz@ernest.com

Attorney for Defendant Carlos Javier Felix Lopez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 1:19-cr-00256-JLT-SKO-1 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| **CARLOS JAVIER FELIX LOPEZ,** | |
| Defendant. | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Jeffrey Spivak, Esq. and Defendant Carlos Javier Felix Lopez, through his attorney Ernest Lutz, Esq. that:

1. The Sentencing Hearing currently scheduled for July 14, 2025, at 9:00 AM in Courtroom 4 before District Judge Jennifer L. Thurston be continued to October 20, 2025 at 9:00 AM in Courtroom 4.

2. The stipulated continuance is necessary because Defendant Carlos Javier Felix Lopez' attorney requires additional time to review and discuss details with the prosecution which could prove <u>materially vital</u> for purposes of sentencing. Counsel for defendant believes the failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The government does not object to the proposed continuance.

4. As this is a sentencing and a change of plea and admission have already been entered, no exclusion of time under the Speedy Trial Act is required.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: July 7, 2025

<u>/s/ Ernest Lutz</u>
Ernest Lutz, Esq.
Attorney for Defendant
Carlos Javier Felix Lopez

Dated: July 7, 2025

<u>/s/ Jeffrey Spivak</u>
Jeffrey Spivak, Esq.
Assistant United States Attorney
Eastern District of California

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING  -2-

**ORDER**

The Court, having read and considered the above-stipulation and finding good cause therefore, orders that the Sentencing Hearing currently scheduled for July 14, 2025, at 9:00 AM in Courtroom 4, be continued to October 20, 2025 at 9:00 AM in Courtroom 4.

Dated: July 8, 2025

*Jennifer L. Thurston*
District Judge Jennifer L. Thurston

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING  -3-